# Notice Recipients

District/Off: 0314–5     User: admin     Date Created: 07/12/2021
Case: 5:21–bk–00508–PMM     Form ID: 318     Total: 37

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Mark J. Conway (Trustee)     PA40@ecfcbis.com
aty     Charles G. Wohlrab     cwohlrab@raslg.com
aty     Timothy B. Fisher, II     donna.kau@pocono–lawyers.com

                                                                         TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Sort S. Ouk     12 13th Street     Attleboro, MA 02703
jdb     Sreymom K. Ouk     12 13th Street     Attleboro, MA 02703
cr     Ally Bank, c/o AIS Portfolio Services, LP     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
cr     NewRez LLC d/b/a Shellpoint Mortgage Servicing     Robertson, Anschutz, Schneid, Crane & Pa     6409 Congress Ave., Suite 100     Boca Raton, FL 33487
5396390     Ally Bank     AIS Portfolio Services, LP     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
5395729     Ally Financial     PO Box 380901     Bloomington, MN 55438
5395730     Amex Department Stores     PO Box 8218     Mason, OH 45040
5395731     Capital One Bank USA NA     P.O. Box 31293     Salt Lake City, UT 84131
5395732     Certified Credit & Collection     P.O. Box 1750     Whitehouse Station, NJ 08889
5395733     CitiCards CBNA     5800 South Corporate Place     Sioux Falls, SD 57108
5395734     Comenity Capital Bank/Ulta     P.O. Box 182120     Columbus, OH 43218
5395735     DSNB/Macys     P.O. Box 8218     Mason, OH 45050
5395736     Emergency Services PC     Box 319     Scranton, PA 18512–0319
5395737     Financial Recoveries     P.O. Box 1388     Mount Laurel, NJ 08054–7388
5395738     Geisinger Community Med Ctr     1800 Mulberry Street     Scranton, PA 18510
5395739     KML Law Group, P.C.     Ste 5000 – BNY Independence Center     701 Market St     Philadelphia, PA 19106–1532
5395740     LVNV Funding LLC     c/o Resurgent Capital Svs     P.O. Box 1269     Greenville, SC 29603
5422853     NewRez LLC d/b/a Shellpoint Mortgage Servicing     Robertson, Anschutz, Schneid, Crane & Pa     6409 Congress Ave., Suite 100     Boca Raton, FL 33487
5395741     Newton Medical Center     175 High St, Newton     Newton, NJ 07860
5395742     Pequot LLC     3019 N. Orgonne Road     Spokane, WA 99212
5395744     SYNCB/Amazon     P.O. Box 965015     Orlando, FL 32896–5015
5395745     SYNCB/EBAY     p.o. bOX O965013     Orlando, FL 32896
5395747     SYNCB/PPC     PO Box 965005     Orlando, FL 32896
5395746     SYNCB/Paypay Credit Card     P.O. Box 965005     Orlando, FL 32896–5005
5395748     SYNCB/SAMS     PO Box 965005     Orlando, FL 32896
5395749     SYNCB/TJX CO PLCC     PO Box 965015     Orlando, FL 32896
5395743     Shellpoint Mortgage Svc     55 Beattie Place     Suite 600     Greenville, SC 29601
5395750     Synchrony Bank/Walmart     PO Box 965024     Orlando, FL 32896
5395751     TD Bank USA/Target Credit     NCD–0240     P.O. Box 1470     Minneapolis, MN 55440
5395752     The Home Depot/CBNA     5800 South Corporate Place     Sioux Falls, SD 57108
5395753     Toyota Motor Credit Corp     5005 N River Blvd NE     Cedar Rapids, IA 52411–6634
5395754     Vacation Village at Parkway     2975 Arabian Nights Blvd,     Kissimmee, FL 34747
5395755     Wayne Memorial Hospital     601 Park Street     Honesdale, PA 18431

                                                                         TOTAL: 33