UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CHAPTER 7
 CASE NO.: 5:21-bk-00508-PMM

**Sort S. Ouk,**

    Debtor,

**Sreymom K. Ouk,**

    Joint Debtor,

    _____/

**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**

    Movant,

v.

**Sort S. Ouk,**
**Sreymom K. Ouk,**
**Mark J. Conway (Trustee),**

    Respondents.

    _____/

## ORDER OF COURT

AND NOW, upon consideration of NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), after Notice and an opportunity for a hearing, and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to NewRez LLC d/b/a Shellpoint Mortgage Servicing; and it is further

ORDERED, that NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 4096 Conashaugh Lakes, Dingman Township, Pennsylvania 18337, including without limitation a sheriff's sale of the property.

Dated: July 20, 2021

By the Court,

*Patricia M. Mayer*

Patricia M. Mayer, Bankruptcy Judge (PAR)