# Notice Recipients

District/Off: 0314–5　　　User: AutoDocketer　　　Date Created: 7/20/2021
Case: 5:21–bk–00508–PMM　　　Form ID: pdf010　　　Total: 1

**Recipients of Notice of Electronic Filing:**
aty　　　Timothy B. Fisher, II　　　donna.kau@pocono–lawyers.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1